JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JORGE NEGRETE,<br><br>Plaintiff,<br><br>vs.<br><br>JELLISON TRUCKING, TONY TOMETICH; DOES 1 TO 10,<br><br>Defendants. | Case No. CV 20-2879-GW-PVCx<br><br>[Assigned to Hon. George H. Wu]<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

Having considered the Stipulation of Dismissal filed by the parties to this action pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), this Court hereby GRANTS the request. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: October 6, 2020

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE